IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANKLIN PUBLICATIONS, INC., | : |
| | : |
| Plaintiff, | : Case No. C2-05-1061 |
| | : |
| v. | : |
| | : Judge Frost |
| GENERAL NUTRITION CORP., | : |
| | : Magistrate Judge King |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Now come the parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate to the dismissal of this action, with prejudice.  Each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| s/ Steven W. Tigges | s/ James E. Arnold |
| John W. Zeiger  (0010707) | James E. Arnold (0037712), *Trial Attorney* |
| Steven W. Tigges  (0019288) | |
| Daniel R. Freytag  (0003482) | JAMES E. ARNOLD & ASSOCIATES, LPA |
| | 471 East Broad Street, Suite 1400 |
| ZEIGER, TIGGES & LITTLE LLP | Columbus, Ohio  43215 |
| 3500 Huntington Center | (614) 460-1600 Telephone |
| 41 South High Street | (614) 469-1066 Facsimile |
| Columbus, Ohio  43215 | jarnold@arnlaw.com |
| (614) 365-9900 Telephone | |
| (614) 365-7900 Facsimile | OF COUNSEL: |
| zeiger@litohio.com | |
| | Bruce L. Ingram  (0018008) |
| *Counsel for Defendant* | James A. Wilson  (0030904) |
| *General Nutrition Corporation* | Peter A. Lusenhop  (0069941) |
| | Kenneth J. Rubin (0077819) |
| | |
| | VORYS, SATER, SEYMOUR AND PEASE LLP |
| | 52 East Gay Street, PO Box 1008 |
| | Columbus, Ohio  43216-1008 |
| | (614) 464-6400 Telephone |
| | (614) 464-6350 Facsimile |
| | blingram@vssp.com |
| | jawilson@vssp.com |
| | palusenhop@vssp.com |
| | |
| | *Counsel for Plaintiff Franklin Publications, Inc.* |